U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

EXTRA GOOD TIME RECOMMENDATION

| Institution | Date |
| --- | --- |
| USP LEAVENWORTH | October 25, 1991 |

| NAME (Last, First, Middle) | Number | Assignment |
| --- | --- | --- |
| Shiue, Ming S. | 00499-041 | Education |

[X] Recommend Meritorious Good Time Effective: __July 1, 1991__ (The effective date can not be retroactive any more than three months, excluding the month in which the recommendation is made).

[ ] Recommend Termination of Meritorious Good Time Effective: _____

[ ] Recommend Disallowance of Extra Good Time For The Calendar Month of: _____

[ ] Recommend Lump Sum Award of _____ Days: Date of act or termination of activity for which the recommendation is made _____ .

**JUSTIFICATION:** Shiue has been a cooperative and dependable worker ever since his assignment to Education in 1985. Beside performing his regular duties in a responsible manner, he has applied his technical skills in many projects that have benefited this department and the institution.

He was instrumental in upgrading the ENGRAVING Program which significantly resulted in improvements to Staff Nametags, Transfer Plaques, Special Recognition Awards, Desk Name Plates, and numerous Signs. He also assisted in setting up and operating the GRAPHIC DESIGN & PRINT TECHNOLOGY Classes. In addition, he provides clerical support whenever deficiencies occur in that area, handling departmental P.O.'s memos, work requests, major equipment justifications, and proposals. On a lot of occasions, Shiue has put in extra work hours, in the evenings, on weekends, and even holidays, to ensure that jobs requested by various institution staff were done on time in order to meet their deadline.

Based on all of the above facts, I strongly recommend that Shiue be recognized for his positive actions and contributions.

Work Supervisor: _____ VT Instructor

Approved By: (Name) _____ S.O.E.  
Chief Executive Officer or Committee

Date _____

Sentry Release Date Adjusted by: _____ Date _____  
*Legal Technician Signature*

Original – J & C  
Canary – Central File  
Pink – Work Supervisor

BP-390(58)



U.S. Department of Justice
UNICOR
Federal Bureau of Prisons

*United States Penitentiary*
*P.O. Box 1000*
*Pollock, Louisiana 71467*

7 July 2003

MEMO TO:   Inmate Central File/Unit Team File

Reference:   Inmate Ming Shiue, Number 00499-041,
             Unit Team B-4


Inmate Ming Shiue has completed work projects under my supervision here at Unicor, USP Pollock. He has efficiently performed his assigned tasks and improved the safety aspects for inmates working here in Unicor. Inmate Shiue has an excellent attitude towards work, fully cooperates with his peers, very capable of working under pressure and handling multiple tasks. He is very conscientious in all his endeavors as well as trustworthy and intelligent to his co-workers and staff. Inmate Shiue sets an example for others to follow. Inmate Shiue has been positive, dependable and hard working.

Projects completed by Inmate Shiue's include the following aspects of his job skills.

   a. Produced custom labels for Unicor Files, records and Binders thus improving factory efficiency.
   b. Made uniquely colorful information signs for Unicor Machinery, i.e., Cutting Tables.
   c. Designed special safety warnings and notices throughout the institution, including Unicor.
   d. Printed mass quantities of forms and booklets for Commissary, Correctional Services, Education, Laundry and Recreation saving time and money.


Anthony Hooks
Fabric Supervisor
UNICOR, Pollock, Louisiana

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mrs. L. Bullard, A.H.S.A. | DATE: July 11, 2005 |
| FROM: Ming Shiue | REGISTER NO.: 00499-041 |
| WORK ASSIGNMENT: MCM-B Orderly | UNIT: M03-127 LH |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

1. Are any Federal Institutions in Minnesota listed to accept Care Level II inmates?
    a) FCI Waseca?    b) FMC Rochester?    c) FCI Sandstone?

2. If so, would you please recommend me for designation to one in Minnesota when the processing of Care II Medical Transfers occurs. I'm requesting this consideration because during the past 25 years, I've never been placed anywhere near my home state and would like a reasonable chance to visit with my family! My custody should drop to LOW this August.

(Do not write below this line)

DISPOSITION:

Speak with you unit Team.

Signature Staff Member AHSA   Date
L. Bullard                    7/18/05

Copy 1 of 2

# INMATE REQUEST TO STAFF CDFRM

## U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. G. Jensen, Case Manager | DATE: August 18, 2005 |
|---|---|
| FROM: Ming Shiue | REGISTER NO.: 00499-041 |
| WORK ASSIGNMENT: M.B Orderly | UNIT: M03-127 LH |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Please provide a copy of my UPDATED classification (custody) form. I shall be placed for a Care II Medical Transfer soon. My Base should be 10 with a variance of -2 or -3 placing my security total in the 7-8 point range thus making my Scored Level a LOW.

On that basis, I request designation to either FCI Waseca or FMC Rochester because during the past 25 years, I have never been located anywhere near Minnesota. I desire to receive visits from my family especially since I now qualify for one of those home state institutions. I greatly appreciate your assistance on this matter of significant importance.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94