UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MING SEN SHIUE,<br><br>   Petitioner,<br><br>  v.<br><br>BUREAU OF PRISONS,<br><br>   Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1452 (EGS)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

 Petitioner Ming Sen Shiue is incarcerated at the Federal Correctional Institution in El Reno, Oklahoma. He has filed a habeas petition pursuant to 28 U.S.C. § 2241 alleging that the "greater security" designation assigned to him by the Bureau of Prisons is an unconstitutional restraint on his liberty.

 A district court may not entertain a habeas petition unless it has personal jurisdiction over the petitioner's custodian. *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988). The proper custodian in the warden of the prison where the petitioner is incarcerated. *Guerra v. Meese*, 786 F.2d 414, 416 (D.C. Cir. 1986). The Court is entitled to *sua sponte* transfer a habeas corpus action to the jurisdiction of confinement. *Chatman-Bey*, 864 F.2d at 814 n.10. Accordingly, it is hereby

 **ORDERED** that this habeas corpus petition is transferred to the jurisdiction of confinement. The Clerk of the Court is

directed to transfer this case, with a certified copy of this Order, to the United States District Court for the Western District of Oklahoma.

**Signed:**     **EMMET G. SULLIVAN**
              **UNITED STATES DISTRICT JUDGE**
              **November 21, 2006**